UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARIA ELVA HERNANDEZ-TORRES, EVAR LUNA, JORGE LUIS RIOS-RAMIREZ and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON FARMS MEX, L.P.; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P., WK HOLDINGS, LLC; WK MEX PROPERTIES, L.P.; and WKW, LLC,<br><br>Defendants | Civil Action No. 7:16-cv-00084-WLS |

Filed at 10:53 A.M
6/2 ,20 17
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs by and through their undersigned counsel, stipulate that this action shall be and hereby is DISMISSED with prejudice.

This the __26th__ day of __May___, 2017.

/s/ Terri R. Stewart
Terri R. Stewart
Georgia Bar No. 244624
John W. Stapleton
Georgia Bar No. 368790
FISHER & PHILLIPS LLP
1075 Peachtree Street NE
Suite 3500
Atlanta GA 30309
Telephone: (404) 240-4247
Facsimile: (404) 240-4249
Email: tstewart@fisherphillips.com
         jstapleton@fisherphillips.com

/s/--- Dawson Morton
Georgia Bar No. 525985
Dawson Morton, LLC
P.O. Box 3958
Decatur, GA 30031
T:404-590-1295
dawson@dawsonmorton.com

SO ORDERED this 31st day of May, 2017.

W. Louis Sands, Sr. Judge
United States District Court

2